# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:18-cv-20-FDW

| | | |
|---|---|---|
| AJANAKU E. MURDOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FNU THOMPSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the North Carolina Department of Public Safety's ("NC DPS") sealed Notice, (Doc. No. 21), informing the Court that it has been unable to procure a waiver of service of process for Defendant **Christina Thompson**.[1]

NC DPS has provided the name and last known address for Defendant Thompson. The Clerk of Court is directed to notify the U.S. Marshal that Defendant Thompson needs to be served with the summons and Complaint in accordance with Rule 4 the Federal Rules of Civil Procedure. If Defendant Thompson cannot be served at the address provided by the NC DPS, the U.S. Marshal shall be responsible for locating her home address so that she may be served. See 28 U.S.C. § 1915(d) (in actions brought *in forma pauperis* under § 1915(d), "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases"); Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court may order that service be made by a United States Marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915…."). If the U.S. Marshal is unable

---

[1] "FNU Thompson" in the Complaint.

1

to obtain service on Defendant Thompson, the U.S. Marshal shall inform the Court of the reasonable attempts to obtain service. The U.S. Marshal shall not disclose Defendant's home addresses to the *pro se* incarcerated Plaintiff and shall file any document containing such addresses under seal.

**IT IS THEREFORE ORDERED that:**

(1)     The U.S. Marshal shall use all reasonable efforts to locate and obtain service on Defendant **Thompson** at her home address. If the U.S. Marshal is unable to obtain service on Defendant Thompson, the U.S. Marshal shall inform the Court of the reasonable attempts to obtain service.

(2)     The Clerk is respectfully instructed to mail a copy of the Complaint, (Doc. No. 1), the Sealed Notice containing Defendant's last known addresses, (Doc. No. 21), and this Order to the U.S. Marshal.

Signed: October 23, 2018

Frank D. Whitney
Chief United States District Judge