# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-20-FDW

| | |
|---|---|
| AJANAKU E. MURDOCK, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| CHRISTINA THOMPSON, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's *pro se* "Request for Subpoenas," (Doc. No. 40).

In his Request, Plaintiff states that he previously submitted his subpoena forms to defense counsel, who sent back the forms because they are not required to serve subpoenas on non-clients. Plaintiff has now sent them to the Court and asks that they be served on several individuals. Attached to the Request are several subpoena forms that are blank except for the individuals' names from whom he apparently seeks information.

Routine discovery requests should not be filed with the Court. This Court's local rules provide that "[t]he parties shall not file any initial disclosures, designations of expert witnesses and their reports, discovery requests or responses thereto, deposition transcripts, or other discovery material unless: (1) directed to do so by the Court; (2) such materials are necessary for use in an in-court proceeding; or (3) such materials are filed in support of, or in opposition to, a motion or petition." LCvR 26.2. Further, on motion on or on its own, "the court must limit the frequency or extent of discovery otherwise allowed by these rules or by local rule if it determines that: (i) the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other

source that is more convenient, less burdensome, or less expensive; (ii) the party seeking discovery has had ample opportunity to obtain the information by discovery in the action; (iii) the proposed discovery is outside the scope permitted by Rule 26(b)(1)." Fed. R. Civ. P. 26(b)(2)(C). Plaintiff's Request fails to explain the purpose of his request or the information he is seeking. The Court is therefore unable to determine the type of subpoenas Plaintiff seeks and whether or not they are appropriate. Plaintiff is instructed to acquaint himself with the Federal Rules of Civil Procedure, this Court's local rules, and the blank forms available on the Court's website.[1] See, e.g., Fed. R. Civ. P. 26.

**IT IS THEREFORE ORDERED** that Plaintiff's Request for Subpoenas, (Doc. No. 40), is **DENIED**.

Signed: March 25, 2019

_____
Frank D. Whitney
Chief United States District Judge

---

[1] http://www.ncwd.uscourts.gov/