UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-20-FDW

| | |
|---|---|
| AJANAKU E. MURDOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CHRISTINA THOMPSON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** comes before the Court on Defendants' Motion to File Exhibit Manually, (Doc. No. 57).

Defendants seek leave to manually file an original periodical as an exhibit in support of their Motion for Summary Judgment. The request to file the original periodical manually is denied, however, the Defendants may file a digital copy of the periodical at issue.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to File Exhibit Manually, (Doc. No. 57), is **GRANTED** in part and **DENIED** in part as stated in this Order.

Signed: June 20, 2019

Frank D. Whitney
Chief United States District Judge

1